LUNSFORD DOLE PHILLIPS #4407
500 Ala Moana Blvd.; Ste 7400
Honolulu, Hawaii 96813
Tel: (808)543-2055; Fax (808)543-2010
lunsfordp001@hawaii.rr.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

CIVIL NO. 19-00271 JMS-WRP

DANIEL WARD,)
   Plaintiff   )
                 ) NOTICE OF DISMISSAL WITH
  v.        ) PREJUDICE OF ALL CLAIMS
                 ) AND PARTIES
SAN LORENZO )
BIKINIS, LL   )
   Defendant  )
_____)

**NOTICE OF DISMISSAL WITH PREJUDICE
AS TO ALL CLAIMS AND ALL PARTIES**

NOTICE IS HEREBY GIVEN that the Complaint filed herein by Plaintiff DANIEL WARD is hereby dismissed with prejudice, pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure.

No party has filed an Answer to the Complaint or a Motion for Summary Judgment.  There are no remaining parties and/or issues.

DATED: Honolulu, Hawaii, November 26, 2019.

/s/ Lunsford Dole Phillips
Attorney for Plaintiff

APPROVED AS MODIFIED:
DATED:  Honolulu, Hawaii, November 26, 2019.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge